**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Genesis Global Holdco, LLC, *et al.*,[1]<br><br>          Wind-Down Debtors. | Chapter 11<br><br>Case No. 23-10063 (SHL)<br><br>Jointly Administered |
| Digital Currency Group, Inc.,<br><br><br>          Plaintiff,<br><br>    -against-<br><br>Genesis Global Capital, LLC<br>Genesis Asia Pacific Pte. Ltd.,<br><br>          Defendants. | <br><br><br><br><br>Adv. Proc. No. 25-01129 (SHL) |

## CASE MANAGEMENT PLAN AND SCHEDULING ORDER

1. This Case Management Plan and Scheduling Order (this "Order") shall apply in the above-captioned adversary proceeding.

   a. The term "Complaint" as used herein shall mean the complaint filed in the above-captioned adversary proceeding on August 14, 2025 (ECF No. 1).

   b. The term "Plaintiff" as used herein shall mean Digital Currency Group, Inc., the term "Defendants" as used herein shall mean Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd., and the term "Parties" as used herein shall mean the Plaintiff together with the Defendants.

   c. The term "Motion to Dismiss" as used herein shall mean the Defendants' *Motion to Dismiss Complaint Against Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.* filed on September 17, 2025 (ECF No. 8).

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Wind-Down Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

2.  The following deadlines and hearing date shall apply:

    a.  Plaintiff's opposition to the Motion to Dismiss shall be filed by **October 17, 2025**.

    b.  Defendants' reply in support of the Motion to Dismiss shall be filed by **November 3, 2025**.

    c.  Following the conclusion of briefing, this Court shall establish a date for a hearing (the "<u>Hearing</u>") to consider the relief sought in the Motion to Dismiss.

3.  **<u>Further Proceedings</u>**.  Any further proceedings in respect of the Complaint shall be held in abeyance pending this Court's ruling on the Motion to Dismiss, including:

    a.  Defendants' deadline to file an answer to the Complaint; and

    b.  each Party's deadline to serve initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure (made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure.)

4.  **<u>Modification</u>**.  The parties may modify any provision hereof on written agreement or, absent such agreement, by seeking an order of the Court upon good cause shown.

5.  **<u>Retention of Jurisdiction</u>**.  This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: September 25, 2025          **<u>/s/ Sean H. Lane</u>**
      White Plains, New York

                                       The Honorable Sean H. Lane
                                       United States Bankruptcy Judge